COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| THOMAS LEONARD | § | No. 08-17-00038-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D02415) |
|  | § |  |

## O R D E R

The Court has considered Appellant's *pro se* motion to incorporate the record on file, and concludes that the motion should be GRANTED.

Therefore, it is ORDERED that all the various volumes of reporter's record, clerk's record, and any supplemental records, and/or any hearing records filed in cause number 08-15-00163-CR are now filed under case 08-17-00038-CR. Further, the clerk's record is still due on or before April 1, 2017. Appellant's brief shall be due thirty days after the clerk's record is filed with this Court.

IT IS SO ORDERED this 16th day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.